UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, | § § § § | |
| Plaintiffs, | § § | Civil Action No. H-07-2467 (J. Rosenthal) |
| v. | § § § | |
| BOSTON SCIENTIFIC CORP. and GUIDANT CORP. | § § § § | |
| Defendants | § § | |
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 07-2702 (J. Rosenthal) |
| v. | § § § | |
| ATRICURE, INC., | § § § | |
| Defendant. | § § | |
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 07-2704 (J. Rosenthal) |
| v. | § § § | |
| ST. JUDE MEDICAL, INC., and EPICOR MEDICAL, INC. | § § § § | |
| Defendants. | § § § | |

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* § <br> JANE DOE  and DONALD P. BOONE, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> MEDTRONIC, INC., § <br> § <br> Defendant. § | Civil Action No. H-08-3408 |

## ORDER

The plaintiffs' unopposed motion to continue the initial pretrial and scheduling conference, (Docket Entry No. 37), is granted.  The conference will be held on **December 18, 2009, at 12:00 pm.**, in Courtroom 11-B.  The joint discovery case management plan is due by December 7, 2009.

SIGNED on September 17, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

2