# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel*. | § | |
| | § | |
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-2704 |
| | § | |
| ST. JUDE MEDICAL, INC. and EPICOR MEDICAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties filed a Stipulation of Dismissal under 31 U.S.C. § 3730 of the False Claims Act. Under 31 U.S.C. § 3730(b)(1), this court consents to the Stipulation of Dismissal based on the parties' representation that they have resolved the matter and on a written notice of consent by the United States.

As to the Relator, the complaint is dismissed with prejudice. As to the United States, the complaint is dismissed without prejudice.

SIGNED on May 28, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge